UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ms. Beata Mariana de Jesus Mejia-Mejia**  )<br>                                                               )<br>        Plaintiff,                                        )<br>                                                               )<br>v.                                                            )         Case No. 1:18-cv-1445-PLF<br>                                                               )<br>**U.S. Immigration and Customs**           )<br>**Enforcement ("ICE"), et al.,**                )<br>                                                               )<br>                                                               )         JURY TRIAL DEMANDED<br>        Defendants.                                 ) | |

[PROPOSED] ORDER

Upon consideration of the Consent Motion for Extension of Time to Respond to Defendants' Motion for Declaratory Judgment, Motion for Permanent Injunction and Motion to Dismiss, it is hereby ORDERED that the Plaintiff's Consent Motion for Extension of Time to Respond is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Declaratory Relief shall be filed no later than September 28, 2018.

SO ORDERED.

DATED: September 20, 2018.

HONORABLE PAUL L. FRIEDMAN
United States District Judge