IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Beata Mariana de Jesus Mejia-Mejia,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**U.S. Immigration and Customs** )<br>**Enforcement ("ICE"), et al.,** )<br>)<br>Defendants. ) | Case No. 1:18-cv-1445-PLF |

## PROPOSED ORDER

Having considered the foregoing *Second Joint Motion For Extension Of Time*, and for good cause shown, IT IS HEREBY ORDERED that the Plaintiff's deadline to respond to the *Defendants' Attorney General Jefferson Sessions and Office of Refugee Resettlement Director Scott Lloyd, federal employees in their individual capacities, Motion to Dismiss* is extended from November 29, 2018 to December 3, 2018 and Defendants' time to reply from December 20, 2018 to January 14, 2019.

DONE this 3rd day of Dec 2018

_____
United States District Judge