UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BEATA MARIANA DE JESUS )
MEJIA-MEJIA, )
 )
      Plaintiff, )
 )
v. ) Civ. A. No. 18-1445 PLF
 )
U.S. IMMIGRATION AND CUSTOMS )
ENFORCEMENT, et al., )
 )
      Defendants. )
_____)

## ORDER

Upon consideration of the Individual Defendants' Motion to Stay the Briefing of the Individual Defendants' Motion to Dismiss, it is this 27th day of December 2018

**ORDERED** that the Motion is **GRANTED** and that briefing on the Individual Defendants' motion to dismiss is stayed until Congress has restored appropriations to the Department of Justice. At that point, all current deadlines for the parties shall be extended commensurate with the duration of the lapse in appropriations.

SO ORDERED.

_____
United States District Judge