UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEATA MARIANA DE JESUS MEJIA-MEJIA, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 18-1445 (PLF) ) |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | ) ) ) ) |
| Defendants. | ) ) |

SHOW CAUSE ORDER

Ms. Mejia-Mejia and her minor son, D.M., entered the United States in May 2018. Immigration authorities apprehended them and detained D.M. separately from Ms. Mejia-Mejia. See Amended Complaint, Dkt. No. 14, at 32-33. Plaintiff sought relief based on this separation. Both Ms. Mejia-Mejia and her son have been released, however, and were reunited on June 22, 2018. See Agency and Official Capacity Defs.' Motion to Dismiss, Dkt. No. 41, at 2. Accordingly, it is hereby

ORDERED that, on or before July 9, 2019, plaintiff shall show cause for why this action should not be dismissed as moot.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: June 25, 2019