UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEATA MARIANA DE JESUS MEJIA-MEJIA, ) ) ) ) Plaintiff, ) ) v. ) ) U.S. IMMIGRATION AND ) CUSTOMS ENFORCEMENT, et al., ) ) Defendants. ) ) | Civil Action. No. 18-1445 (PLF) |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that the motions to dismiss the Amended Complaint filed by the defendants sued in their official capacities [Dkt. Nos. 19, 20] and by the defendants sued in their individual capacities [Dkt. No. 53] are GRANTED; it is

FURTHER ORDERED that the motion filed by plaintiff for declaratory relief and permanent injunction [Dkt. No. 16] is DENIED; and it is

FURTHER ORDERED that this case is DISMISSED. The Clerk of the Court is directed to close this case.

This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 26, 2019